DION N. COMINOS  (SBN:  136522)
*dcominos@gordonrees.com*
MARK C. RUSSELL (SBN:  208865)
*mrussell@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
SCOTT LOWERY LAW OFFICE, P.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VICKY BARTOLOMEI,<br><br>                    Plaintiff,<br><br>       vs.<br><br>SCOTT LOWERY LAW OFFICE, P.C.,<br><br>                    Defendant. | CASE NO. **5:09-cv-02284-JW**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Fed. R. Civ. P. 41(A)(1)**<br><br>Complaint Filed:       May 22, 2009 |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, VICKY BARTOLOMEI and Defendant, SCOTT LOWERY LAW OFFICE, P.C., stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, VICKY BARTOLOMEI, against Defendant, SCOTT LOWERY LAW OFFICE, P.C., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated:  August 3, 2009                                    GORDON & REES LLP

                                                          By:   /s/ Mark C. Russell
                                                          _____
                                                          MARK C. RUSSELL
                                                          Attorneys for Defendant:
                                                          SCOTT LOWERY LAW OFFICE, P.C.

-1-

CG/1057955/6824459v.1

-2-

1  Dated: July 28, 2009                                KROHN & MOSS, LTD.

                                                            /s/ Michael S. Agruss
3                                                  By: _____
                                                       MICHAEL S. AGRUSS
4                                                      Attorneys for Plaintiff:
                                                       VICKY BARTOLOMEI

8  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
   The Court terminates any pending motions, hearings and deadlines.  The Clerk shall close this file.
9  Dated: August 14, 2009

   _____
   The Honorable James Ware
12 United States District Judge

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

STIPULATION OF DISMISSAL WITH PREJUDICE                          CASE NO. 5:09-cv-02284-JW